CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 1 0 2010

JULIA C. DUDLEY, CLERK
BY: /s/ J. Cluff
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RICARDO ROA, | ) | |
|     Petitioner, | ) | Civil Action No. 7:10cv00394 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| BUREAU OF PRISONS, et al., | ) | By: Samuel G. Wilson |
|     Respondents. | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that the above referenced petition for writ of habeas corpus is hereby **DISMISSED without prejudice** and this action shall be **STRICKEN** from the active docket of this court.

Further, finding that Roa has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER:** This 10th day of September, 2010.

_____
United States District Judge